1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LOUANGAMATH, on behalf of herself and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>PHILIPS NORTH AMERICA LLC, a Delaware limited liability company; ANGIOSCORE, INC., a Delaware corporation; THE SPECTRANETICS CORPORATION d.b.a. SPNC, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants.* | Case No.: 4:18-cv-03634-JST<br><br>**[PROPOSED] ORDER RE: STIPULATION RE: PARTIAL DISMISSAL OF DEFENDANTS PHILIPS NORTH AMERICA LLC AND ANGIOSCORE, INC. WITHOUT PREJUDICE**<br><br>Hon. Jon S. Tigar<br>San Francisco Courthouse<br>Courtroom 9 |



Employee Rights Attorneys
16530 Ventura Blvd., Ste. 312
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT defendants Angioscore, Inc. and Philips North America LLC are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

\_\_\_September 11, 2018_____  _____
Date                                               The Honorable Jon S. Tigar
                                                   United States District Judge

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Blvd., Ste. 312
Encino, CA 91436
(818) 582-3086 Tel
(818) 582-2561 Fax
SpivakLaw.com