DAVID G. SPIVAK (SBN 179684)
　　david@spivaklaw.com
MAYA CHEAITANI (SBN 335777)
　　maya@spivaklaw.com
THE SPIVAK LAW FIRM
8605 Santa Monica Bl
PMB 42554
West Hollywood CA 90069
Telephone:　(213) 725-9094
Facsimile:　(213) 634-2485

Attorneys for Plaintiff(s),
SHELLY LOUANGAMATH, and all others similarly situated
(Additional attorneys for Plaintiff(s) on following page)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LOUANGAMATH, on behalf of herself and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>　　　　*Plaintiff(s),*<br><br>vs.<br><br>THE SPECTRANETICS CORPORATION D.B.A. SPNC, INC.; and DOES 1–50, inclusive,<br><br>　　　　*Defendant(s).* | Case No.: 3:18-cv-03634-JST<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action filed:　　4/20/2018<br>Hearing Date:　 2/16/2023<br>Hearing Time:　 2:00 p.m.<br>Hearing Court:　Courtroom 6, The Honorable Jon S. Tigar<br><br>**<u>Submitted Herewith Under Separate Cover</u>**<br>1. Memorandum of Points and Authorities;<br>2. Declarations of David Spivak and Laura Singh; and |

1

3. [Proposed] Final Order and Judgment Approving Class Settlement.

**ADDITIONAL ATTORNEYS FOR PLAINTIFF(S)**

WALTER L. HAINES (SBN 71075)
    walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
4276 Katella Ave
Suite 301
Los Alamitos CA 90720
Telephone:  (562) 256-1047
Facsimile:   (562) 256-1006

Attorneys for Plaintiff(s),
SHELLY LOUANGAMATH, and all others similarly situated

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 16, 2023 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the above-entitled court, located at Oakland Courthouse, 1301 Clay Street, Oakland, CA 91642, Plaintiff Shelly Louangamath ("Plaintiff") will and hereby does move this Court for an order:: (1) finally approving the Second Amended Joint Stipulation of Class Action and PAGA Settlement and Release of Claims ("Settlement") agreed to by Plaintiff and Defendant The Spectranetics Corporation D.B.A. SPNC, Inc. ("Defendant"); (2) confirming the certification of the Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm and Walter L. Haines of United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiff as class representative; and (5) granting final approval to an allocation of $10,000.00 for claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA Payment"), of which $7,500.00 will be paid to the Labor and Workforce Development agency ("LWDA") and $2,500.00 of which will be included within the Net Settlement Amount to be made available for distribution to Settlement Class Members; and (6) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

The "Settlement Class" consists of all persons employed by Defendant in California as hourly-paid, non-exempt employees at any time during the Settlement Class Period. The "Settlement Class Period" is from April 20, 2014 through August 17, 2022.

This Motion is made on the following grounds that: (1) the Class meets all the requirements for class certification for settlement purposes only under Federal Rule of Civil Procedure 23; (2) Plaintiff and her counsel are adequate to represent the Class for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the

3

*Louangamath v. The Spectranetics Corporation d.b.a. SPNC, INC.*    Notice of Motion and Motion for Final Approval of Class Action Settlement

Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendant's potential liability exposure as compared against the risks of continued litigation; (4) the notice process performed by the Settlement Administrator comports with all relevant due process requirements and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final Approval Order and Final Judgment submitted herewith should be entered.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and the Declarations of David Spivak and Laura Singh, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated:   December 22, 2022         By:  /S/ David Spivak
                                        DAVID G. SPIVAK, Attorneys for Plaintiff, SHELLY LOUANGAMATH, and all others similarly situated